1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GARY, | Case No. CV11-7019-GW(PLAx) |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SEARS ROEBUCK & COMPANY; and DOES 1 through 50, Inclusive, | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

## **ORDER**

Having reviewed the Parties' Joint Stipulation of Dismissal, IT IS HEREBY ORDERED that the case Joe Gary *v. Sears, Roebuck and Company,* Case No. CV11-7019 GW (PLAx) is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: June 6, 2012

_____
Hon. George H. Wu
United States District Judge

Firmwide:111869204.1 016144.1318

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1.